## MOTION AND PROCEDURAL RULINGS

**1998–1209.  State v. Sanders.**
Hamilton App. No. C–960253. Upon consideration of appellant's motion for stay of execution, IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.
Cook, J., would grant for 90 days.

[Cite as *04/01/2003 Case Announcements,* 2003-Ohio-1608.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *April 1, 2003*

## MOTION AND PROCEDURAL RULINGS

**1985–0007.  State v. Williams.**
Cuyahoga App. No. 47853. Upon consideration of appellant's motion to stay execution set for April 16, 2003,

IT IS ORDERED by the court that a limited stay of execution be, and hereby is, granted.

IT IS HEREBY ORDERED by this court that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Tuesday, the 24th day of June, 2003, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Cuyahoga County.

## MISCELLANEOUS DISMISSALS

**2002–1740.  State ex rel. Whisman v. Indus. Comm.**
Franklin App. No. 02AP–130. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2003–0161.  Robinson v. Lane.**
Marion App. No. 9–02–61. This cause is pending before the court as an appeal from the Court of Appeals for Marion County. It appears from the records of this court that appellant has not filed a merit brief, due March 24, 2003, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, sua sponte.

[Cite as *04/02/2003 Case Announcements,* 2003-Ohio-1572.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *April 2, 2003*

## MERIT DECISIONS WITHOUT OPINIONS

**2003–0080.  State ex rel. Monarch Constr. Co. v. Franklin Cty. Court of Appeals.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
Moyer, C.J., Resnick, F.E. Sweeney, Pfeifer, Cook, Lundberg Stratton and O'Connor, JJ., concur.